UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DAVID J. CORTESE,

                        Plaintiff,

     v.

WEGMANS FOOD MARKETS, INC.,

                        Defendant.

Civil Action No.:

6:20-cv-07128-FPG-MJP

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY AGREED AND STIPULATED** by Plaintiff David J. Cortese and Defendant Wegmans Food Markets, Inc., by and through their undersigned counsel, that whereas no party hereto is an infant or incompetent person, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above captioned lawsuit, including any and all claims and defenses of the parties, is hereby dismissed with prejudice, with each party to bear its own costs and fess incurred in connection with this action.

**Harter Secrest & Emery LLP**

Robert C. Weissflach, Esq.
*Attorneys for Defendant*
50 Fountain Plaza, Suite 1000
Buffalo, New York 10022
rweissflach@hselaw.com

**Law Office of James D. Hartt**

James D. Hartt, Esq.
*Attorney for Plaintiff*
6 North Main Street, Suite 200F
Fairport, New York 14450
James@HarttLegal.com

IT IS SO ORDERED.

Dated: December ___ 2021

Hon. Frank P. Geraci, Jr.
United States District Court Judge
Western District of New York

2965610.1

10691391_1